UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN KELLEY,<br><br>           Plaintiff,<br><br>v.<br><br>PHILUX GLOBAL GROUP INC., et al.,<br><br>           Defendants. | No. 8:24-CV-02488-JAK (JDEx)<br><br>**JUDGMENT**<br><br>**[JS6]** |

1

**JUDGMENT IS HEREBY ENTERED** as follows:

1. The operative pleading is the Complaint filed on November 14, 2024 (the "Complaint") by Steven Kelley ("Plaintiff").

2. Judgment is entered in favor of Plaintiff, and against Defendants, Philux Global Group Inc. and Henry D. Fahman, as to the first cause of action of the Complaint

3. Defendants shall pay to Plaintiff $33,336.05, which includes $32,832.05 in damages and $504 in litigation expenses.

4. All other causes of action advanced in the Complaint are **DISMISSED** with prejudice.

5. Plaintiff may seek post-judgment interest as provided by 28 U.S.C. § 1961. Any request for any other relief is **DENIED**.

**IT IS SO ORDERED.**

Date: September 12, 2025

John A. Kronstadt
United States District Judge

2